```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DEBRA DE LA ROSA,

        Plaintiffs,

  -against-

SOHO 185 GREENE RETAIL LLC, et al.,

        Defendants.

17-CV-5869 (VEC) (BCM)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 28 2018

**BARBARA MOSES, United States Magistrate Judge.**

    Pursuant to this Court's Order Scheduling Settlement Conference (Dkt. No. 61), the parties' confidential settlement letters were due one week prior to the settlement conference, that is, no later than Tuesday, September 25, 2018.

    Despite telephone calls from Chambers on Wednesday, September 26 and Friday, September 28, reminding plaintiff that her letter was overdue, it is now past 5:00 p.m. on Friday and the Court has still received no settlement submission from plaintiff's counsel. Accordingly, the settlement conference scheduled for Tuesday, October 2, 2018 is ADJOURNED *sine die*.

    It is the parties' responsibility to schedule a settlement conference if and when they believe it will be productive. Accordingly, it is hereby ORDERED that if and when the parties agree that they are ready to make productive use of a judicially-supervised settlement conference, they shall (a) file a joint letter on ECF so stating, and (b) contact Courtroom Deputy Kevin Snell at (212) 805-0228 to schedule the conference.

    Judge Moses ordinarily conducts settlement conferences Monday through Thursday afternoons, commencing at 2:15 p.m., and requires the parties as well as their counsel to attend in person. Before telephoning chambers, counsel should be prepared to suggest at least two settlement conference dates on which they and their clients are available.

Dated: New York, New York
       September 28, 2018

                                   **SO ORDERED**.

                                    _____
                                    **BARBARA MOSES**
                                    **United States Magistrate Judge**